# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TODD M. HULFISH,<br><br>    Petitioner,<br><br>vs.<br><br>UNKNOWN,<br><br>    Respondent. | No. C07-0028-MWB<br><br>**ORDER** |

This matter is before the court on the submission of a letter and an application to proceed in forma pauperis. The petitioner submitted the letter and application on March 19, 2007. The Clerk's Office filed the letter as a 28 U.S.C. § 2254 action. A letter is insufficient to commence a civil action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Accordingly, this action is dismissed without prejudice. 28 U.S.C. § 1914; 28 U.S.C. § 1915. The Clerk of Court is directed to file the letter for the purpose of making a record. Additionally, the Clerk of Court is directed to send the petitioner a 28 U.S.C. § 2254 packet[1] and a 42 U.S.C. § 1983 packet. With respect to the petitioner's application to proceed in forma pauperis, it is denied as moot.

    **IT IS SO ORDERED.**

    **DATED** this 23rd day of April, 2007.

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/ des   4/23/07

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

---

[1] The court notes that, before pursuing habeas corpus relief, the petitioner must exhaust the remedies that are available to him in the courts of the State. *See* 28 U.S.C. § 2254(b)(1).