IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| TODD M. HULFISH, | ) | |
| | ) | |
| Petitioner, | ) | No. C07-0028-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| UNKNOWN, | ) | IN A CIVIL CASE |
| | ) | |
| Respondent. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiff, Todd M. Hulfish, take nothing and this action is dismissed without prejudice.

Dated: April 23, 2007        PRIDGEN J. WATKINS
                                          Clerk

                                          /s/ des
                                          (By) Deputy Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/ des 4/23/07